NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1312

ASTRAZENECA AB, AKTIEBOLAGET HASSLE, ASTRAZENECA LP,
KBI, INC., and KBI-E, INC.,

Plaintiffs-Appellants,

v.

DR. REDDY'S LABORATORIES, LTD.
and DR. REDDY'S LABORATORIES, INC.,

Defendants-Appellees.

Errol B. Taylor, Milbank, Tweed, Hadley & McCoy LLP, of New York, New York, argued for plaintiffs-appellants.  With him on the brief were John M. Griem, Jr., and Jay I. Alexander.

Louis H. Weinstein, Budd Larner, P.C., of Short Hills, New Jersey, argued for defendants-appellees.  With him on the brief were Andrew J. Miller, Stuart D. Sender and Ellen T. Lowenthal.

Appeal from:  United States District Court for the Southern District of New York

Judge Colleen McMahon

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1312

ASTRAZENECA AB, AKTIEBOLAGET HASSLE, ASTRAZENECA LP, KBI, INC., and KBI-E, INC.,

Plaintiffs-Appellants.

v.

DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,

Defendants-Appellees.

# Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

in CASE NO(S).         07-CV-6790

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, LINN, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED December 15, 2009          /s/ Jan Horbaly
                                 Jan Horbaly, Clerk